UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Henry Dunn, III, Erica Simpson-Dunn & Henry Dunn IV

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

08 Civ. 0 (32)(08)

- against -

City of NY, NYPD, P.O. Solomon #17425, Det Miller, #4303; Det Harris #1542

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Katherine De Jesus *(name)*, declare under penalty of perjury that I have served a copy of the attached Summons & Complaint *(document you are serving)* upon Michael Cordozo, Esq. *(name of person served)* whose address is 100 Church St. 4th Fl. N.Y. N.Y. 10007 *(where you served document)* by Personal delivery *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: New York *(town/city)*, N.Y. *(state)*
April *(month)* 2 *(day)* 2008 *(year)*

Signature: Katherine DeJesus
Address: 225 Broadway Suite 1410
City, State: New York, N.Y.
Zip Code: 10007
Telephone Number: 212-571-3030

Rev. 05/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Henry Dunn III, Erica Simpson-Dunn
& Henry Dunn IV
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

08 Civ. 0 3208 (08)

- against -

City of NY, NYPD P.O. Soloman
#17485, Det Miller A4303, Det
Harris #1542.

**AFFIRMATION OF SERVICE**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, Katherine De Jesus (name), declare under penalty of perjury that I have served a copy of the attached Summons & Complaint (document you are serving) upon Det. Harris #1542, c/o Deputy Comm. (name of person served) whose address is One Police Plaza New York, N.Y. 10038 (where you served document) by Personal delivery (how you served document: For example - personal delivery, mail, overnight express, etc.).

Dated: New York, N.Y.
(town/city)  (state)

April 2, 2008
(month) (day) (year)

Signature: Katherine De Jesus
Address: 225 Broadway Suite 1410
City, State: New York, N.Y.
Zip Code: 10007
Telephone Number: 212-571-3030

Rev. 05/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Henry Dunn III, Erica Simpson-Dunn & Henry Dunn IV.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

08 Civ. 03208

- against -

City of NY, NYPD P.O. Soloman #17485, Det. Miller #4303, Det. Harris #1542.

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Catherine De Jesus *(name)*, declare under penalty of perjury that I have served a copy of the attached Summons & Complaint *(document you are serving)* upon Det. Miller #4303 c/o Deputy Comm. *(name of person served)* whose address is One Police Plaza, New York, N.Y. 10038 *(where you served document)* by Personal delivery *(how you served document: For example - personal delivery, mail, overnight express, etc.)*.

Dated: New York, N.Y.
*(town/city)   (state)*

April 2, 2008
*(month)  (day)  (year)*

Signature: Catherine De Jesus
Address: 225 Broadway Suite 1410
City, State: New York, N.Y.
Zip Code: 10007
Telephone Number: 212-571-3030

Rev. 05/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Henry Dunn III, Erica Simpson-Dunn & Henry Dunn IV.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

08 Civ. 03208

- against -

City of NY, NYPD P.O. Solomon #17425, Det. Miller #4303, Det. Harris #1548.

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Katherine de Jesus (name), declare under penalty of perjury that I have served a copy of the attached Summons & Complaint (document you are serving) upon P.O. Solomon #17425 c/o Deputy Comm (name of person served), whose address is One Police Plaza, New York, N.Y. 10038 (where you served document) by Personal delivery (how you served document: For example - personal delivery, mail, overnight express, etc.).

Dated: New York (town/city), N.Y. (state)

April (month) 2 (day), 2008 (year)

Signature

Address: 225 Broadway, Suite 1410

City, State: New York, N.Y.

Zip Code: 10007

Telephone Number: 212-571-3030

Rev. 05/2007