



THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**David M. Pollack**
*Assistant Corporation Counsel*
*Special Federal Litigation Division*
Tel.: (212) 788-1894
Fax. (212) 788-9776

July 24, 2008

BY HAND
Honorable Richard J. Sullivan
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

    Re: <u>Henry Dunn III v. City of New York, et al.</u>, 08 CV 3208 (RJS)

Dear Judge Sullivan:

    I am the Assistant Corporation Counsel handling the defense of this action on behalf of Defendant City of New York and Officer Solomon and Detective Harris. I apologize at the outset for not complying with the contents of this Court's July 7, 2008 Order and have arranged with plaintiff's counsel, Darrell A. Marshall, Esq. to complete the documents necessary. I respectfully request a brief adjournment of the initial conference due to the fact that I will be away on vacation. Mr. Marshall and I have conferred and there is no opposition to this request. The parties are both available on August 12 or 14, 2008, or such other time as is convenient to this Court. The parties will also file their joint statement and management plan on or before July 29, 2008. Neither Mr. Marshall nor myself received notice of this Court's July 7, 2008 order and we have taken steps to correct this error.

Respectfully submitted,

David M. Pollack (DMP 3873)
Assistant Corporation Counsel

By Facsimile 212 571-1441
cc: Darrell A. Marshall, Esq.

*Initial conference adjourned to 8/14 @ 4:15 pm. Joint Status Letter + proposed CM plan to be filed by 4pm on July 29.*

SO ORDERED
Dated: 7/25/08
/s/ RJS