UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| **Henry Dunn, III,** *Individually and as parents and natural guardians of Henry Dunn, IV, and infant,* <br>            **Plaintiffs,** <br><br> -v- <br><br> **The City of New York, et al,** <br>            **Defendants.** | Case No. 08-CV-3208(RJS) <br><br> ORDER <br> ECF |

RICHARD J. SULLIVAN, District Judge:

      The above entitled action is referred to the designated Magistrate Judge for the following

purpose(s):

\_\_\_\_ General Pretrial (includes scheduling,

discovery, non-dispositive pretrial motions,

and settlement)

\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

      If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_x\_\_ Settlement*-

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

\_\_\_\_ Habeas Corpus

\_\_\_\_ Social Security

\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: _____

---

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    Aug 15, 2008
         New York, New York

                          Richard J. Sullivan
                          United States District Judge