UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
FILED: 5/20/09
```

---

HENRY DUNN, III and ERICA SIMPSON-DUNN, *individually, and as parents and Natural Guardians of* HENRY DUNN, IV, *an infant,*

　　　　　　　　　　Plaintiffs,

　-v-

THE CITY OF NEW YORK, *et al.*,

　　　　　　　　　　Defendants.

---

No. 08 Civ. 3208 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

　　At the conference conducted on May 21, 2009, the Court adopted the following schedule for Defendants' proposed motion for summary judgment:

　　By June 22, 2009, Defendants shall file and serve their motion.

　　By July 22, 2009, Plaintiff shall file and serve their response.

　　By July 31, 2009, Defendants shall file and serve their reply, if any

No extensions to this schedule will be granted absent truly compelling circumstances.

SO ORDERED.

DATED:　　May 21, 2009
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　/s/ Richard J. Sullivan
　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE