```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HENRY DUNN, III and ERICA SIMPSON-DUNN, *individually, and as parents and natural guardians of* HENRY DUNN, IV, *an infant*,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

---

No. 08 Civ. 3208 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On June 16, 2009, the Court set a briefing schedule for Defendants' motion for summary judgment. (Doc. No. 16.) Although Plaintiffs were supposed to file their opposition to the motion on July 20, 2009, they have not done so as of the date of this Order. Accordingly, IT IS HEREBY ORDERED THAT, by August 14, 2009, Plaintiffs shall: (1) file their opposition submission, and (2) show cause, in writing, why the Court should consider this untimely submission. If Plaintiffs fail to comply with the deadlines set forth in this Order, then Defendants' motion will be deemed fully submitted, no further submissions will be accepted, and the Court may dismiss this action for failure to prosecute.

SO ORDERED.

DATED:    August 10, 2009
                New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE